1  KILPATRICK TOWNSEND & STOCKTON LLP
   TREVOR C. MAXIM (317859)
2  TMaxim@kilpatricktownsend.com
   9720 Wilshire Blvd PH
3  Beverly Hills, CA 90212-2018
   Telephone: 310-248-3830
4  Facsimile: 310-860-0363

5  R. CHARLES HENN JR. (*Admitted Pro Hac Vice*)
   CHenn@kilpatricktownsend.com
6  CHARLES H. HOOKER III (*Admitted Pro Hac Vice*)
   CHooker@kilpatricktownsend.com
7  1100 Peachtree Street, Suite 2800
   Atlanta, GA 30309-4530
8  Telephone: 404-815-6500
   Facsimile: 404-815-6555

9
   Attorneys for Plaintiffs
10 ADIDAS AMERICA, INC., ADIDAS AG, ADIDAS INTERNATIONAL
   MARKETING B.V., REEBOK INTERNATIONAL LIMITED, AND REEBOK
11 INTERNATIONAL LTD.

E-FILED

JAN 16 2020

Document #

12
                **UNITED STATES DISTRICT COURT**
13
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
14

15 ADIDAS AMERICA, INC., ADIDAS        **Civil Action No. 2:19-cv-5167**
   AG, ADIDAS INTERNATIONAL
16 MARKETING B.V., REEBOK            **ORDER FOR PERMANENT**
   INTERNATIONAL LIMITED, AND        **INJUNCTION ON CONSENT**
17 REEBOK INTERNATIONAL LTD.

18        Plaintiffs,

19   v.

20 CAVALIER CLOSEOUTS INC. AND
   EYAN DAHAN,
21
          Defendants.
22

23     Whereas Plaintiffs adidas America, Inc., adidas AG, adidas International

24 Marketing B.V., Reebok International Limited, and Reebok International Ltd.

25 (collectively, "Plaintiffs") filed a Complaint (ECF No. 1) against Defendants

26 Cavalier Closeouts Inc. and Eyan Dahan individually and doing business as Apparel

27 Liquidators ("Defendants") alleging trademark infringement and unfair competition,

28 trademark counterfeiting, trademark dilution, and related state law claims.

1    Whereas Defendants filed an answer (ECF No. 36), in which they do not
2  admit liability, but nonetheless wish to resolve this matter amicably.

3    Having considered the pleadings in this matter, and the parties having
4  consented to the permanent injunction set forth below, IT IS HEREBY ORDERED
5  THAT:

6    1.    Defendants, their officers, directors, agents, servants, employees,
7  representatives, successors, assigns and all others acting under their permission or
8  authority or in concert therewith are permanently enjoined and restrained from
9  sourcing, importing, producing, manufacturing, distributing, marketing, advertising,
10 promoting, licensing, offering for sale, or selling any products featuring any of the
11 adidas or Reebok trademarks identified in the Complaint, including but not limited
12 to the products shown below and identified in the Complaint:

  

  

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28














2.    Defendants, their officers, directors, agents, servants, employees, representatives, successors, assigns and all others acting under their permission or authority or in concert therewith are further permanently enjoined and restrained from sourcing, importing, producing, manufacturing, distributing, marketing, advertising, promoting, licensing, offering for sale, or selling any products bearing, featuring, or offered in connection with:

        a.    any trademark, design, or designation that is confusingly similar to the adidas or Reebok trademarks identified in the Complaint;

        b.    a counterfeit imitation of any of the adidas or Reebok trademarks identified in the Complaint; or

        c.    a genuine or authentic adidas or Reebok trademark.

\\
\\

1      3.     Each party shall bear its own costs and fees.

2

3    IT IS SO ORDERED.

4    _____

5    Honorable Phillip S. Gutierrez
     United States Magistrate Judge

6

7    SIGNED this 16th day of January, 2020

8

9    DATED:  January 14, 2020          Respectfully submitted,

10                                      KILPATRICK TOWNSEND & STOCKTON
                                        LLP
11

12

13                                      By:    /s/ Trevor C. Maxim

14                                      Trevor C. Maxim
                                        Attorneys for Plaintiffs
15                                      adidas America, Inc., adidas AG, adidas
                                        International Marketing B.V., Reebok
                                        International Limited, and Reebok
16                                      International Ltd.

17                                      SANDLER, TRAVIS & ROSENBERG, P.A.

18

19                                      By:    /s/ Beth C. Ring

20                                      Beth Ring (*Admitted Pro Hac Vice*)
                                        Attorneys for Defendants
21                                      Cavalier Closeouts Inc. and Eyan Dahan

22

23

24

25

26

27

28

                                                                        - 5 -